# THE CIRCUIT COURT OF CRITTENDEN COUNTY, ARKANSAS
## CIVIL DIVISION

DANZEL L. STEARNS,
on behalf of himself and all similarly situated persons,

                                                                                                                 Plaintiffs

v.                     Case No. 18CV-19-142

INMATE SERVICES CORPORATION,
RANDY L. CAGLE JR.,
CHRISTOPHER L. WEISS,
RYAN B. MOORE, and DOE 1 to 100,                      Defendants

## ORDER GRANTING PRO HAC VICE

On this date, this matter comes before the Court to consider the sworn motion pro hac vice of Mark E. Merin to appear in this matter as co-counsel for Plaintiff Danzel L. Stearns. For good cause shown, this motion is granted.

_____
CIRCUIT JUDGE

3-27-19
DATED