## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**DANZEL STEARNS**                                                                          **PLAINTIFFS**
**on behalf of himself and all similarly
situated**

v.                            Case No. 3:19-CV-00121-DPM

**INMATE SERVICES CORPORATION,**                                              **DEFENDANTS**
**RANDY L. CAGLE, JR.,**
**CHRISTOPHER L. WEISS,**
**RYAN B. MOORE, and DOE 1 to 100**

## NOTICE OF DISMISSAL OF RELATED ACTION

Come now Separate Defendants, Inmate Services Corporation and Randy L. Cagle, Jr., by and through its attorneys, Womack Phelps Puryear Mayfield & McNeil, P.A., and note that the Northern District of Ohio has dismissed *Peters v. Inmate Services*, and a copy of the Order is included of record.

                                        Respectfully submitted,

                                        Mark Mayfield (93180)
                                        WOMACK PHELPS
                                        PURYEAR MAYFIELD & McNEIL, P.A.
                                        P.O. Box 3077
                                        Jonesboro, AR 72403
                                        Phone: (870) 932-0900
                                        Fax: (870) 932-2553
                                        mmayfield@wpmfirm.com

                                        By: _Mark Mayfield_____
                                                Attorney for Separate Defendant
                                              Inmate Services Corporation

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 3rd day of May, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification to the following counsel of record:

Mark E. Merin
LAW OFFICE OF MARK E. MERIN
1010 F Street, Suite 300
Sacramento, California 95814
E-mail: mark@markmerin.com

Paul J. James
JAMES, CARTER & PRIEBE, LLP
500 Broadway, Suite 400
Little Rock, Arkansas 72203
E-mail: pjj@jamescarterlaw.com

Pamela Warnock Blair
McNABB, BRAGORGOS & BURGESS, PLLC
81 Monroe Avenue, Suite 600
Memphis, TN 38103-5402
E-mail: pblair@mbbslaw.com

Baxter D. Drennon
WRIGHT, LINDSEY & JENNINGS
200 West Capitol Avenue, Suite 2300
Little Rock, AR 72201-3699
E-mail: bdrennon@wlj.com

                                                 Mark Mayfield
                                                 Mark Mayfield

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| MICHAEL PETERS, | ) | CASE NO. 1:18CV02959 |
| | ) | |
| Plaintiff, | ) | JUDGE JAMES S. GWIN |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| INMATE SERVICES CORP., | ) | |
| | ) | |
| Defendant. | ) | |

Upon representation of counsel that the above-captioned case has been settled between the parties, IT IS ORDERED that the docket be marked, "settled and dismissed with prejudice."

Any subsequent order setting forth different terms and conditions relative to the settlement and dismissal of the within action shall supersede the within order.

FURTHER, the Court retains continuing jurisdiction to resolve disputes concerning the memorialization of this settlement agreement. *See Kokkonen v. Guardian Life Ins. Co.*, 511 U.S. 375 (1994).

Dated: April 18, 2019

s/ *James S. Gwin*
JAMES S. GWIN
UNITED STATES DISTRICT JUDGE