IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

DANZEL L. STEARNS, on
behalf of himself and all similarly
situated persons                                                                PLAINTIFF

v.                              No. 3:19-cv-121-DPM

INMATE SERVICES CORPORATION;
RANDY L. CAGLE, JR.; CHRISTOPHER
L. WEISS; RYAN B. MOORE; and
DOE 1-100                                                                        DEFENDANTS

## ORDER

Stearns sued Inmate Services, Randy Cagle, Christopher Weiss, Ryan Moore, and others in the Circuit Court of Crittenden County. № 1 at 1. Inmate Services removed the case in April to this Court. The Court transferred it to Judge Billy Roy Wilson because it was related to older cases. № 5 in No. 3:19-cv-100-BRW. Judge Wilson then sent that case to the Northern District of Ohio, where litigation is ongoing. Weiss also removed the same case nine days after Inmate Services did so. *See* № 1 at 1-2. This case is the second removal. But there's no need to have two federal cases from the same state case. The Court will therefore dismiss this case without prejudice unless a party objects by 23 July 2019.

So Ordered.

*W P Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

15 July 2019