THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**DANZEL L. STEARNS, On Behalf of Himself**
**and All Others Similarly Situated**                                               **PLAINTIFF**

v.                         Case No. 3:19-cv-00121-KGB

**INMATE SERVICES CORPORATION,** *et al.*                           **DEFENDANTS**

## ORDER

Before the Court is the motion to consolidate docket number filed by defendants Inmate Services Corporation, Randy L. Cagle, Jr., Christopher L. Weiss, and Ryan B. Moore (collectively, "defendants") (Dkt. No. 13). In the instant motion, defendants state that "[t]here are currently two docket numbers pending for this same suit: (1) 3:19-cv-100 (KB) and (2) 3:19-cv-00121 (DPM)." (*Id.* ¶ 1). Defendants contend that "[e]ither Rule 42 or Rule 1 supports the consolidation of the two case docket numbers," and represent that "Plaintiff will not object to the request for consolidation." (*Id.*, ¶¶ 4, 5). For good cause shown, the Court grants the motion. Therefore, this case is consolidated with and into *Stearns v. Inmate Services Corporation*, No. 3:19-CV-00100-KGB, and all parties are directed to making filings only in that case going forward.

It is so ordered this 31st day of May, 2020.

*[signature: Kristine G. Baker]*
Kristine G. Baker
United States District Judge